NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAMBUS INC.,**
*Appellant,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**GARMIN INTERNATIONAL, INC.,**
*Intervenor,*

AND

**LSI CORPORATION AND SEAGATE TECHNOLOGY LLC,**
*Intervenors,*

AND

**STMICROELECTRONICS N.V. AND STMICROELECTRONICS INC.,**
*Intervenors,*

AND

**CISCO SYSTEMS, INC.,**
*Intervenor,*

AND

**HGST, INC.,**
*Intervenor.*

RAMBUS INC. v. ITC                                                  2

---

2012-1677

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-753.

---

**ON MOTION**

---

**ORDER**

Upon consideration of Garmin International, Inc., LSI Corporation, Seagate Technology LLC, STMicroelectronics N.V., STMicroelectronics Inc., Cisco Systems, Inc., and HGST, Inc.'s unopposed motions for leave to intervene,

IT IS ORDERED THAT:

The motions for leave to intervene are granted.  The revised official caption is reflected above.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s26